

Scott D. Bergin
Richard R. DuVall
Lance N. Portman
Richard J. Olson
Matthew V. Mirabile
Kimberly Hunt Lee
Rebecca M. Blahut
Daniel C. Stafford
Tristan Smith
Thomas J. Cummings
Nicholas Tarkazikis

mccm.com

*Of Counsel*
David L. Posner
Ellen L. Baker
Hon. Albert M. Rosenblatt
Mary E. Tokarz

J. Joseph McGowan *(Retired)*
John E. Mack *1874-1958*
Joseph A. McCabe *1890-1973*
Edward J. Mack *1910-1998*
Joseph C. McCabe *1925-1981*

Direct Dial: (845) 486-6894
E-mail: klee@mccm.com

March 7, 2022

**VIA ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE:  Bayer v. County of Dutchess, et al
      7:19-cv-03383 (PMH)(AEK)
      Our File No. 5050-97

> Application granted. The case management conference scheduled for 4/12/2022 is adjourned to 4/18/2022 at 11:30 a.m. to be held by telephone. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         March 8, 2022

Dear Judge Halpern:

According to this court's order from December 13, 2021, the deadline to complete expert and all discovery was extended to February 25, 2022 and the case management conference was adjourned to April 12, 2022.  Respectfully, we request a short adjournment of that conference as I will be on vacation from April 11th. through April 15th.

Defendants desire to make a summary judgment motion and will seek to discuss a briefing schedule to comply with the court's rules related to summary judgment motions and to set deadlines for the exchange of the Rule 56.1 statements.

Respectfully yours,

McCABE & MACK LLP

KIMBERLY HUNT LEE

KHL/dmf
cc:  Pablo A. Fernandez, Esq./The Russell Friedman Law Group