

Scott D. Bergin
Richard R. DuVall
Lance N. Portman
Richard J. Olson
Matthew V. Mirabile
Kimberly Hunt Lee
Rebecca M. Blahut
Daniel C. Stafford
Tristan Smith
Thomas J. Cummings
Nicholas Tarkazikis

**McCABE & MACK LLP**
ATTORNEYS AT LAW
mccm.com

*Of Counsel*
David L. Posner
Ellen L. Baker
Hon. Albert M. Rosenblatt
Mary E. Tokarz

J. Joseph McGowan *(Retired)*
John E. Mack *1874-1958*
Joseph A. McCabe *1890-1973*
Edward J. Mack *1910-1998*
Joseph C. McCabe *1925-1981*

Direct Dial: (845) 486-6894
E-mail: klee@mccm.com

March 17, 2022

**VIA ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE:   Bayer v. County of Dutchess, et al
      7:19-cv-03383 (PMH)(AEK)
      Our File No. 5050-97

> Application granted. The telephone case management conference scheduled for 4/18/2022 is adjourned to 4/19/2022 at 3:30 p.m. using the same dial-in instructions provided in the Court's prior order.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         March 17, 2022

Dear Judge Halpern:

Thank you for adjourning the April 12, 2022 case management conference to April 18, 2022. However, I have jury selection on April 18, 2022 in Orange County Supreme Court before the Hon. Robert A. Onofry on the matter of <u>Vazquez v. J. Mullen & Sons, Inc., et al.</u>, Index No: EF004431-2017, and would request the conference be adjourned to a date later in that week. (The trial does not begin until May 2, 2022, and jury selection should only last one day).

Respectfully yours,

McCABE & MACK LLP

*Kimberly Hunt Lee*

KIMBERLY HUNT LEE

KHL/dmf
cc:   Pablo A. Fernandez, Esq./The Russell Friedman Law Group

63 Washington Street, P.O. Box 509, Poughkeepsie, NY 12602-0509  |  **845-486-6800**  |  fax: 845-486-7621