

PABLO A. FERNANDEZ
SENIOR COUNSEL

May 30, 2023

**VIA ECF ONLY**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

>   Re:   *Bayer v. County of Dutchess, et al.*
>         7:19-cv-03383 (PMH)

Dear Judge Halpern:

> Application granted. The remaining deadlines of the briefing schedule on Defendants' motion are adjourned *sine die*. The parties shall file the required settlement documents for the Court's review and approval by 6/30/2023.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         May 31, 2023

The Russell Friedman Law Group, LLP represents Plaintiffs in connection with the above-referenced action. The present application is a joint request.

We are pleased to inform the Court that the parties have reached a settlement in the referenced matter. Therefore, it is respectfully requested that Defendants' motion for summary judgment be stayed pending: (i) the parties finalizing and executing the necessary settlement paperwork; (ii) defendants obtaining the necessary municipal approvals; and (iii) plaintiffs submitting an infant compromise order for the Court's consideration.

Thanking the Court for its time and consideration, I remain

>   Respectfully,
>   THE RUSSELL FRIEDMAN LAW GROUP, LLP
>
>   */S Pablo A. Fernandez*
>   Pablo A. Fernandez

cc:   Kimberly Hunt Lee, Esq. (*Via ECF Only*)
      *Attorney for Defendants*