**THE RUSSELL FRIEDMAN LAW GROUP, LLP**

PABLO A. FERNANDEZ
SENIOR COUNSEL
DIRECT TEL.: 516.355.9628
DIRECT FAX: 516.355.9660
[...]EDMANLAW.COM

June [...]

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         June 30, 2023

**VIA ECF ONLY**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re.:  *Michael Bayer, et al. v. County of Dutchess, et al.*
      Docket No.: 7:19-cv-03383(PMH); File No.: L2683

Dear Judge Halpern:

The Russell Friedman Law Group, LLP represents Plaintiffs in connection with the above-referenced action. The present application is a joint request.

I write to respectfully request that the time within which the parties are to file the required settlement documents be extended until July 21, 2023. At present, the parties were to file the settlement documents by Jun 30, 2023. The reason for the request is that additional time is needed to finalize the parties' settlement agreement and to have same executed by the parties. Upon having a finalized executed agreement, Plaintiffs will move to file the required infant compromise motion.

Therefore, it is respectfully requested that the deadline be extended until July 21, 2023. Thanking the Court for its time and consideration, I remain

                              Respectfully,
                              **THE RUSSELL FRIEDMAN LAW GROUP, LLP**

                              */S Pablo A. Fernandez*
                              Pablo A. Fernandez

PAF/dm

cc:   Kimberly Hunt-Lee, Esq. (*Via ECF Only*)
      *Attorney for Defendants*