**THE RUSSELL FRIEDMAN LAW GROUP, LLP**

PABLO A. FERNANDEZ
SENIOR COUNSEL
DIRECT TEL.: 516.355.9628
DIRECT FAX: 516.355.9660
…DMANLAW.COM

August [ ], 2023

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        August 3, 2023

**VIA ECF ONLY**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re.:    ***Michael Bayer, et al. v. County of Dutchess, et al.***
            Docket No.: 7:19-cv-03383(PMH); File No.: L2683

Dear Judge Halpern:

The Russell Friedman Law Group, LLP represents Plaintiffs in connection with the above-referenced action. The present application is made with Defendants' consent.

I write to respectfully request a one-week extension of time within which Plaintiffs are to supplement their infant compromise application in accordance with the Court's Order. Pursuant to the Court's Order, Plaintiffs were to supplement their infant compromise application by August 4, 2023. *Electronic Order, 07/25/2023*. The reason for the request is that the undersigned has had to take on an additional case load due to the recent departure of an attorney in our firm.

Therefore, it is respectfully requested that the deadline be extended until August 11, 2023. Thanking the Court for its time and consideration, I remain

                                      Respectfully,
                                      **THE RUSSELL FRIEDMAN LAW GROUP, LLP**

                                      */S Pablo A. Fernandez*
                                      Pablo A. Fernandez

cc:    Kimberly Hunt-Lee, Esq. (*Via ECF Only*)
        *Attorney for Defendants*